IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3117 |
| v. | ) | |
| | ) | |
| JOHNNY VEGA, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 33. The defendant was present with counsel, and was advised of his rights. The defendant stood mute. Evidence was adduced and arguments held. I conclude that the allegations of the petition are true.

Regarding disposition, the government sought detention. Defendant submitted the matter. I find that detention is appropriate.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing 32, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

DATED October 25, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge